JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. DANIEL,<br><br>　　　　Defendant. | Case No. 5:17-cv-01521-VAP (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Corrected Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice as to Plaintiff's deliberate indifference claim and without prejudice as to Plaintiff's negligence claim.

DATED:  May 3, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE